IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GOODE,<br>Plaintiff,<br>v.<br>BRIAN WERNER, et al.,<br>Defendants. | CIVIL ACTION<br>NO. 23-2109 |

**ORDER**

**AND NOW**, this 30th day of September 2026, it is **ORDERED** that the stay imposed in the above-captioned case by Order dated June 29, 2023 (Doc. No. 7) is **LIFTED**. In accordance with the Opinion issued on this date, the remainder of Plaintiff's Complaint (Doc. No. 2) is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.